

COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NCS MULTISTAGE, LLC, | § | No. 08-23-00219-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| BOYD & MCWILLIAMS ENERGY GROUP, INC.; BOYD & MCWILLIAMS OPERATING; RUBICON OIL & GAS II LP; OIE WINKLER JV, LP; HARRY M. BETTIS, JR., LLC; JOHN D. BETTIS LLC; COLLINS PERIMAN, LP; ROCKPORT OIL & GAS LLC; DAVID MCWILLIAMS; and EKH MINERALS, | § § § § § | of Winkler County, Texas (TC#DC19-17669) |
| Appellees. | § § | |

## J U D G M E N T

The Court has considered this cause on Appellant's unopposed motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order all costs of the appeal are taxed against the party incurring the same pursuant to the unopposed motion, and this decision be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF FEBRUARY 2024

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.